UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>$65,800.00 IN U.S. CURRENCY<br>　　　　Defendant. | Case No.<br>EDCV 13-00451-JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against the interests of Tameeka D. Dillon and all other potential claimants, excluding Norma Dillon, in the Defendant $65,800.00 in U.S. currency.  The Defendant $65,800.00 in U.S. currency shall be and hereby is forfeited to the United States of America, which shall dispose of the Defendant $65,800.00 in U.S. currency in the manner required by law.

1  The Court orders that such judgment be entered.
2
3
4
5
6
7  Dated: August 13, 2013
8  _____
   THE HONORABLE JESUS G. BERNAL
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2