1

2

3            UNITED STATES DISTRICT COURT

4            CENTRAL DISTRICT OF CALIFORNIA

5

UNITED STATES OF AMERICA,          Case No.

6                                   EDCV 13-00451-JGB (DTBx)
              Plaintiff,

7
         v.                        **JUDGMENT**

8
$65,800.00 IN U.S. CURRENCY

9
              Defendant.

10

11

12   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

13

14       Pursuant to the Order filed herewith, IT IS ORDERED

15   AND ADJUDGED that default judgment is entered in favor

16   of Plaintiff and against the interests of Tameeka D.

17   Dillon and all other potential claimants, excluding

18

19   Norma Dillon, in the Defendant $65,800.00 in U.S.

20   currency.  The Defendant $65,800.00 in U.S. currency

21   shall be and hereby is forfeited to the United States

22
     of America, which shall dispose of the Defendant

23
     $65,800.00 in U.S. currency in the manner required by

24
     law.

25

26

27

28

The Court orders that such judgment be entered.

Dated: August 13, 2013

THE HONORABLE JESUS G. BERNAL
United States District Judge