UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | EDCV 13-00451-JGB (DTBx) |
| v. | **AMENDED JUDGMENT** |
| $65,800.00 IN U.S. CURRENCY | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against the interests of Tameeka D. Dillon and all other potential claimants, excluding Norma Dillon, in the Defendant $65,800.00 in U.S. currency. All right, title, and interest of Tameeka D. Dillon and all other potential claimants, with the exception of Norma Dillon, in and to Defendant $65,800.00 in U.S. currency is condemned and forfeited to the United States of America.

1  The Court orders that such judgment be entered.

2

3  Dated: August 20, 2013

4  _____
   THE HONORABLE JESUS G. BERNAL
5  United States District Judge

2