ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>$65,800.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><br>NORMA DILLON,<br><br>      Claimant. | NO. EDCV 13-00451 JGB (DTBx)<br><br>AMENDED DEFAULT JUDGMENT OF FORFEITURE AGAINST TAMEEKA DILLON AND ALL OTHER POTENTIAL CLAIMANTS, WITH THE EXCEPTION OF CLAIMANT NORMA DILLON<br><br>[THIS PARTIAL JUDGMENT IS NOT CASE DISPOSITIVE] |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on March 11, 2013.  Notice of this action has been given in the manner required by law.  No potential claimant, other than Norma Dillon, has appeared by

1

1  filing a valid Statement identifying any right or interest with
2  this Court.  Further, no potential claimant, other than Norma
3  Dillon, has filed an Answer to the Complaint or otherwise
4  defended its interest, if any, in the defendant $65,800.00 in
5  U.S. Currency ("defendant currency").  Therefore, the Court
6  deems that all potential claimants, with the exception of Norma
7  Dillon, admit the allegations of the Complaint to be true.
8       ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that
9  default judgment is entered in favor of Plaintiff and against
10 the interests of Tameeka D. Dillon and all other potential
11 claimants, excluding Norma Dillon, in the Defendant $65,800.00
12 in U.S. currency and that all right, title, and interest of
13 Tameeka D. Dillon and all other potential claimants, with the
14 exception of Norma Dillon, in and to the defendant currency is
15 condemned and forfeited to the United States of America.

DATED: August 22, 2013      _____
                            THE HONORABLE JESUS G. BERNAL
                            UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
Attorneys for Plaintiff
UNITED STATES OF AMERICA