STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>$65,800.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><br>NORMA DILLON,<br><br>      Claimant. | NO. EDCV 13-00451 JGB (DTBx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This civil forfeiture action was commenced on March 11, 2013 against the defendant $65,800.00 in U.S. currency seized on June 21, 2012 in Ontario, California ("defendant currency").

Norma Dillon ("Dillon") filed a claim of interest in the defendant currency on April 16, 2013 and an answer to the complaint on May 19, 2013.  No other parties have appeared in this case and the time for filing claims of interest and answers has expired.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Dillon.  Plaintiff United States of America and Dillon have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Dillon are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant $65,800.00 in U.S. currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4. Dillon has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities

1  arising out of or related to this action, including, without
2  limitation, any claim for attorney's fees, costs or interest
3  which may be asserted on behalf of Dillon, whether pursuant to
4  28 U.S.C. § 2465 or otherwise.
5      5.   The Court finds that there was reasonable cause for
6  the seizure of the defendant currency and institution of these
7  proceedings.  This judgment shall be construed as a certificate
8  of reasonable cause pursuant to 28 U.S.C. § 2465.

10 DATED: November 25, 2014
                              THE HONORABLE JESUS G. BERNAL
                              UNITED STATES DISTRICT JUDGE

**Approved as to Form and Content:**

DATED: November 24, 2014   STEPHANIE YONEKURA
                           Acting United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                            /s/ Katharine Schonbachler
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America


DATED: November 24, 2014
                            /s/ Clairmont M. Chung
                           CLAIRMONT M. CHUNG, ESQ.
                           DONALD ETRA, ESQ.

                           Attorneys for Claimant
                           NORMA DILLON


3